JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ebony Latrice Batts, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>William Adams, Jr., et al.,<br><br>        Defendant. | Case No. **CV 10-8123-JFW (RZx)**<br><br>**JUDGMENT** |

   The Court, having granted summary judgment in favor of Defendants William Adams, Allan Pineda, and Jaime Gomez, all individually and collectively as the music group The Black Eyed Peas; Jaime Munson a/k/a Poet Name Life; will.i.am music, llc; Tab Magnetic Publishing; Cherry River Music Co.; Jeepney Music, Inc.; Stacy Ferguson p/k/a Fergie; Headphone Junkie Publishing, LLC; EMI April Music Publishing, Inc.; UMG Recordings, Inc.; and Interscope Records based on its determination that there was no genuine issue as to any material fact and that all the Defendants were entitled to judgment as a matter of law on all claims of relief alleged against them,

1    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
2 DECREED, that judgment is entered in this action as follows:
3    1.  Plaintiffs Ebony Latrice Batts a/k/a Phoenix Phenom
4 and Manfred Mohr shall recover nothing from any of the named
5 Defendants;
6    2.  Defendants William Adams, Allan Pineda, and Jaime
7 Gomez, all individually and collectively as the music group
8 The Black Eyed Peas; Jaime Munson a/k/a Poet Name Life;
9 will.i.am music, llc; Tab Magnetic Publishing; Cherry River
10 Music Co.; Jeepney Music, Inc., Stacy Ferguson p/k/a Fergie;
11 Headphone Junkie Publishing, LLC; EMI April Music Publishing,
12 Inc.; UMG Recordings, Inc.; and Interscope Records shall have
13 judgment in their favor on Plaintiffs' entire action; and
14    3.  Defendants shall recover from Plaintiffs their costs
15 of suit in the sum of $_____.

17    The Clerk is ordered to enter this Judgment.

20 Dated: October 21, 2011     _____
                                        JOHN F. WALTER
21                              UNITED STATES DISTRICT JUDGE

2