```
 1
 2
 3
 4                                                JS-6
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  Ebony Latrice Batts, et    )  Case No. **CV 10-8123-JFW (RZx)**
    al.,                       )
12                             )  **JUDGMENT**
              Plaintiff,       )
13                             )
        v.                     )
14                             )
    William Adams, Jr., et al.,)
15                             )
              Defendant.       )
16  _____)
```

17       The Court, having granted summary judgment in favor of
18  Defendants William Adams, Allan Pineda, and Jaime Gomez, all
19  individually and collectively as the music group The Black
20  Eyed Peas; Jaime Munson a/k/a Poet Name Life; will.i.am
21  music, llc; Tab Magnetic Publishing; Cherry River Music Co.;
22  Jeepney Music, Inc.; Stacy Ferguson p/k/a Fergie; Headphone
23  Junkie Publishing, LLC; EMI April Music Publishing, Inc.; UMG
24  Recordings, Inc.; and Interscope Records based on its
25  determination that there was no genuine issue as to any
26  material fact and that all the Defendants were entitled to
27  judgment as a matter of law on all claims of relief alleged
28  against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Ebony Latrice Batts a/k/a Phoenix Phenom and Manfred Mohr shall recover nothing from any of the named Defendants;

2. Defendants William Adams, Allan Pineda, and Jaime Gomez, all individually and collectively as the music group The Black Eyed Peas; Jaime Munson a/k/a Poet Name Life; will.i.am music, llc; Tab Magnetic Publishing; Cherry River Music Co.; Jeepney Music, Inc., Stacy Ferguson p/k/a Fergie; Headphone Junkie Publishing, LLC; EMI April Music Publishing, Inc.; UMG Recordings, Inc.; and Interscope Records shall have judgment in their favor on Plaintiffs' entire action; and

3. Defendants shall recover from Plaintiffs their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: October 21, 2011   _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE